## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMRO ELANSARI,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 19-6198** |
| | : | |
| **SHAY O. RAMIREZ, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 6th day of January 2020, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), studying his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.    Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED** under 28 U.S.C. § 1915;

2.    The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3.    The Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice** as legally frivolous;

4.    We certify any appeal from this Order is not taken in good faith;[1] and,

5.    The Clerk of Court shall **close** this case.

**KEARNEY, J.**

---

[1] *See* Fed. R. App. P. 24(a)(3)(A).